NUMBERS 13-09-00652-CR AND 13-09-00653-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



JASON A. ORTIZ, Appellee.

____________________________________________________________


On appeal from the 156th District Court


of Live Oak County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez, and Justices Benavides and Vela


Memorandum Opinion Per Curiam



 Appellant, the State of Texas, by and through its Criminal District Attorney, the
Honorable Martha Warner, has filed motions for dismissal of its appeals pursuant to Rule
42.2 of the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a). No decision
of this Court having been delivered to date, we grant the motions and dismiss the appeals.
Having dismissed the appeals at appellant's request, no motion for rehearing will be
entertained, and our mandates will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Delivered and filed the

18th day of March, 2010.